1
2
3
4
5
6
7
8                                   UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JORGE LUIS VALDEZ,                          No.  2:21-cv-02287 AC

12                    Plaintiff,

13            v.

14    CALIFORNIA DEPARTMENT OF                    ORDER
      CORRECTIONS AND
15    REHABILITATION, et al,

16                    Defendants.

17

18          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

19    action filed pursuant to 42 U.S.C. § 1983.  At the time that plaintiff filed his complaint, he was a

20    prisoner at High Desert State Prison (HDSP) in this judicial district.  However, plaintiff alleges

21    violations of his civil rights by defendants located at three different prisons in California.  The

22    majority of the alleged violations took place at the California Correctional Institution located in

23    Kern County, which is part of the Fresno Division of the United States District Court for the

24    Eastern District of California.  See Local Rule 120(d).

25          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26    division of a court may, on the court's own motion, be transferred to the proper division of the

27    court.  Based on the above analysis of the complaint, this action will be transferred to the Fresno

28    Division of this court.

                                                    1

1         Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  This action is transferred to the United States District Court for the Eastern District of

3   California sitting in Fresno; and

4         2.  All future filings shall reference the new Fresno case number assigned and shall be

5   filed at:

6                  United States District Court
               Eastern District of California

7                  2500 Tulare Street
               Fresno, CA 93721

8   DATED: December 15, 2023

9

10  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

11

12  /

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2